UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Appellee ) | |
| ) | |
|     v. ) | No. 24-1386 |
| ) | |
| MICHAEL FRANCIS ) | |
|     Appellant ) | |

_____

### GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The government's brief in this matter is due on October 7, 2024. Counsel for the government requires additional time because he has been out of the office on paternity leave and will be returning on September 30, 2024.

The government requests an additional forty-five (45) days from the present due date of October 7, 2024 in order to prepare and file its brief. Counsel for the appellant has been contacted and assents to the filing of this motion.

                                              Respectfully submitted,

Dated:  September 19, 2024        JANE E. YOUNG
                                              United States Attorney

                                              By:  /s *Aaron Gingrande*
                                              Aaron Gingrande
                                              Assistant U.S. Attorney
                                              First Circuit No. 1204599
                                              53 Pleasant Street
                                              Concord, NH 03301-3904

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of this pleading has been served this date by ECF electronic filing upon Richard Guerriero, counsel for the appellant.

                                              /s *Aaron Gingrande*
                                              Aaron Gingrande
                                              Assistant U.S. Attorney