# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

July 8, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Michael Francis
v. United States
No. 25-5047
(Your No. 24-1386)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 23, 2025 and placed on the docket July 8, 2025 as No. 25-5047.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst